IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

SUPPORT SOLUTIONS OF
THE MID-SOUTH, LLC,

    Plaintiff,

VS.                                            NO. 2:20-cv-2293

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

    Defendant.

---

### NOTICE OF SETTLEMENT

---

All parties to this action hereby give notice, pursuant to Local Rule 83.13(a), that they have together reached an agreement to settle all claims raised in this matter and that they do not anticipate this matter proceeding any further. As required by Local Rule 83.13(b), the parties to this action anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii) within 28 days.

| **Attorneys for Plaintiff** | **Attorneys for Defendants** |
|---|---|
| Date:  November 2, 2020 | Date:  November 2, 2020 |
| /s/ Anthony C. Pietrangelo | /s/ Kim M. Jackson |
| Anthony C. Pietrangelo (BPR #15596) | Kim M. Jackson (Georgia Bar # 387420) |
| 6410 Poplar, Suite 710 | 200 Ashford Center North, Suite 500 |
| Memphis, Tennessee 38119 | Atlanta, Georgia 30338-2668 |
| (901) 260-2585 | (770) 391-9100 |
| (901) 685-6122 | (770) 668-3707 |
| acp@psmemphis.com | kjackson@boviskyle.com |

        **/s/ James F. Horner, Jr.**
**James Horner (BPR #16152)**
**Glassman, Wyatt, Tuttle & Cox, P.C.**
**26 North Second St.**
**Memphis, Tennessee 38103**
**(901) 527-2160**
**(901) 521-0940**
**JHorner@gwtclaw.com**
*Counsel for Defendant*