# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**SUPPORT SOLUTIONS OF**
**THE MID-SOUTH, LLC,**

    **Plaintiff,**

**VS.**                                                                       **NO. 2:20-cv-2293**

**PHILADELPHIA INDEMNITY**
**INSURANCE COMPANY,**

    **Defendant.**

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Support Solutions of the Mid-South, LLC and Defendant Philadelphia Indemnity Insurance Company, by and through undersigned counsel, together hereby stipulate that the above-captioned case, including all claims and counterclaims asserted therein, be dismissed with prejudice. The parties further agree that each party shall bear its own costs and attorney fees.

**Date: November 6, 2020**                                   **Date: November 6, 2020**

**/s/ Anthony C. Pietrangelo**                          **/s/ Kim M. Jackson**
**Anthony C. Pietrangelo (BPR #15596)**       **Kim M. Jackson (Georgia Bar # 387420)**
**6410 Poplar, Suite 710**                              **200 Ashford Center North, Suite 500**
**Memphis, Tennessee 38119**                     **Atlanta, Georgia 30338-2668**
**(901) 260-2585**                                         **(770) 391-9100**
**(901) 685-6122**                                         **(770) 668-3707**
**acp@psmemphis.com**                               **kjackson@boviskyle.com**
*Counsel for Plaintiff*

          **/s/ James F. Horner, Jr.**
**James Horner (BPR #16152)**
**Glassman, Wyatt, Tuttle & Cox, P.C.**
**26 North Second St.**
**Memphis, Tennessee 38103**
**(901) 527-2160**
**(901) 521-0940**
**JHorner@gwtclaw.com**
*Counsel for Defendant*