**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| SUPPORT SOLUTIONS OF THE MID-SOUTH, LLC | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 2:20-cv-2293 |
| v. | ) ) | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Joint Stipulation of Dismissal, filed on November 6, 2020 (ECF No. 25), and the Court having entered an Order of Dismissal (ECF No. 26),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and attorney fees.

**APPROVED:**

  /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE


  November 6, 2020
Date